```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona  85028-1621
 3  Telephone: (480) 368-5199
    Facsimile: (480) 368-5198
 4  tdake@cox.net

 5  Terry A. Dake - 009656

 6  Attorney for Trustee
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
| --- | --- | --- |
| SUSAN MARIA CABRAL; | ) | Case No. 2:09-BK-23136-SSC |
| Debtor. | ) | |

**OBJECTION TO EXEMPTIONS
AND NOTICE OF BAR DATE**

The trustee objects to certain exemptions claimed by the debtor. The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED November 2, 2009.

                                 *TERRY A. DAKE, LTD.*

                                 By /s/ TD009656
                                   Terry A. Dake
                                   11811 North Tatum Boulevard
                                   Suite 3031
                                   Phoenix, Arizona  85028-1621
                                   Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. The debtor has claimed a homestead exemption of $150,000.00 pursuant to CCP §703.140(b)(1). Exhibit A. However, the homestead exemption allowed by that statute is only $17,425.00. The excess exemption must be disallowed.

2. The debtor claims $9,000.00 of equity in a 2005 Honda Pilot exempt pursuant to CCP §703.140(b)(5). However, that statue allows only $900.00 plus the unused portion of the homestead exemption. Since the homestead exemption has been fully utilized, there is nothing left to add here. Thus, the maximum exemption is $900.00.

**WHEREFORE**, the trustee prays for the entry of an order denying the foregoing exemptions claimed by the debtor and ordering the debtor to turn over the non-exempt assets.

DATED November 2, 2009.

*TERRY A. DAKE, LTD.*


By /s/ TD009656
Terry A. Dake
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Attorney for Trustee

**NOTICE OF OBJECTION TO CLAIMED EXEMPTIONS**

The trustee has filed the above objection to the exemptions claimed by the debtor.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to sustain the trustee's objection to the claimed exemptions and disallow them or if you want the court to consider your views on the trustee's objection, then on or before **November 25, 2009**, you or your attorney must file with the Court a written response requesting a hearing on the trustee's objection.

**FILE YOUR OBJECTION AT:**

Clerk
United States Bankruptcy Court
230 N. First Avenue
Ste. 101
Phoenix, AZ 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to the attorney for the trustee at:

Terry A. Dake, Esq.
***Terry A. Dake, Ltd.***
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85023-1621

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's objection and may enter an order that sustains the trustee's objection and disallows those exemptions to which the trustee has objected.

```
 1  COPY mailed November 2, 2009 to:

 2  **BILL KING**
    BILL KING PC
 3  7150 E CAMELBACK RD #444
    SCOTTSDALE, AZ 85251
 4
    **SUSAN MARIA CABRAL**
 5  15017 E. MARATHON DR.
    FOUNTAIN HILLS, AZ 85268
 6

 7   /s/ TD009656
```