# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re **Susan Maria Cabral**  Case No. **2:09-bk-23136-SSC**

Debtor.  Chapter **7**

## Debtor's Request For Voluntary Dismissal Of Case

Comes now, Susan Maria Cabral by attorney, **Walter A. Angelini. Esq.,**, and shows the court as follows:

1. Debtors filed for relief under Chapter **7** of the Bankruptcy Code on **09/17/2009** and an order for relief was entered.

2. This case has not been converted under 11 USC § 706 or 11 USC § 1112.

WHEREFORE, debtors request an order dismissing the above bankruptcy case without prejudice.

Dated: **11/24/2009**  s/ **Susan Maria Cabral**
  Susan Maria Cabral
  Debtor

## Debtor's Request For Voluntary Dismissal Of Case

Comes now, Susan Maria Cabral by attorney, **Walter A. Angelini. Esq.,**, and shows the court as follows:

1. Debtors filed for relief under Chapter **7** of the Bankruptcy Code on **09/17/2009** and an order for relief was entered.

2. This case has not been converted under 11 USC § 706 or 11 USC § 1112.

WHEREFORE, debtors request an order dismissing the above bankruptcy case without prejudice.

Dated: **11/24/2009**  s/ **Susan Maria Cabral**
  Susan Maria Cabral
  Debtor