**SIGNED.**

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

Dated: February 02, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| SUSAN MARIA CABRAL; | ) | Case No. 2:09-BK-23136-SSC |
| Debtor. | ) | |

**ORDER SUSTAINING TRUSTEE'S
OBJECTIONS TO EXEMPTIONS**

This matter having come before the Court on January 28, 2010 at 1:30 p.m. for a hearing on the trustee's objections filed at Admin. Docket Nos. 14 and 35 to the exemptions claimed by the debtor; and

Good cause appearing.

**IT IS ORDERED** that the trustee's objections are sustained and the exemptions claimed by the debtor in her Schedule C and her Amended Schedule C at Admin. Docket Nos. 1 and 18 are denied.

**DATED AND SIGNED ABOVE.**