**SIGNED.**

Dated: February 02, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| SUSAN MARIA CABRAL; | Case No. 2:09-BK-23136-SSC |
| Debtor. | |

**ORDER**

This matter having come before the Court on January 28, 2010 at 1:30 p.m. for a hearing on the debtor's motion to dismiss this case (Admin. Docket No. 26) and the trustee's objection thereto (Admin. Docket No. 27); and

Good cause appearing.

**IT IS ORDERED** that the debtor's motion to dismiss is denied without prejudice.

**DATED AND SIGNED ABOVE.**