# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SUSAN MARIA CABRAL |
| **Case Number:** | 2:09-bk-23136-SSC   **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, MAY 19, 2010 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matters:

1) HEARING RE Second Motion to Extend Deadline for Filing Section 727 Objection to Discharge filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of BRIAN J. MULLEN AND OBJECTION THERETO BY DEBTOR
   **R / M #:**   51 / 0

2) HEARING RE Application for FRBP 2004 Examination filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of BRIAN J. MULLEN AND OBJECTION THERTO BY DEBTOR
   **R / M #:**   52 / 0

## Appearances:

WALTER A. ANGELINI, ATTORNEY FOR SUSAN MARIA CABRAL
TERRY A. DAKE, ATTORNEY FOR BRIAN J. MULLEN

## Proceedings:

Mr. Dake asked to court to overrule the debtor's objection so he can proceed. He states that so far he has discovered ten different accounts for the debtor. Mr. Angelini states that he has provided information to the trustee. He states that the debtor's only source of income is disability income. Subsequently, parties agree on record that the 2004 exam will take place on May 21, 2010 at 9:30 a.m.

1) IT IS ORDERED GRANTING THE MOTION AND EXTENDING THE TIME TO JULY 20, 2010
2) IT IS ORDERED GRANTING THE MOTION.  MR. DAKE IS DIRECTED TO UPLOAD A ORDER ON THE COURT'S RULING.