```
 1 | TERRY A. DAKE, LTD.
   | 11811 North Tatum Boulevard
 2 | Suite 3031
   | Phoenix, Arizona 85028-1621
 3 | Telephone: (480) 368-5199
   | Facsimile: (480) 368-5198
 4 | tdake@cox.net
 5 | Terry A. Dake - 009656
 6 | Attorney for Trustee
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| SUSAN MARIA CABRAL; | ) | Case No. 2:09-BK-23136-SSC |
| Debtor. | ) | |

NOTICE OF REVOCATION OF TRUST

Brian J. Mullen, as trustee of the bankruptcy estate of Susan Maria Cabral, revokes hereby the Filomena Realty Trust, a Trust dated June 16, 1993.

_____
Brian J. Mullen, Trustee